An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WARD ENTERPRISES, INC., A NEVADA CORPORATION; AND LAWRENCE ALLEN, AN INDIVIDUAL,
Petitioners,
vs.
THE FIFTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF NYE; AND THE HONORABLE ROBERT W. LANE, DISTRICT JUDGE,
Respondents,
and
THE LEVIN FAMILY LIMITED PARTNERSHIP, AN ARIZONA LIMITED PARTNERSHIP; AND ALAN LEVIN, AN INDIVIDUAL,
Real Parties in Interest.

No. 67012

**FILED**

MAY 2 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER DENYING PETITION FOR WRIT
OF MANDAMUS OR PROHIBITION*

This is an original petition for a writ of mandamus or prohibition challenging a district court order compelling arbitration.

As petitioners have failed to meet their burden of demonstrating that writ relief is warranted, NRS 34.160, NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004), the petition is denied. NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*,

15-15549

107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

It is so ORDERED.[1]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Robert W. Lane, District Judge
       Marquis Aurbach Coffing
       Gordon Silver/Reno
       Nye County Clerk

---

[1]The stay imposed by this court's March 10, 2015, order is vacated.